# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr1979-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA** |
| EVAN STUART GOVE, | |
| Defendant. | |

Pursuant to the agreement of the parties—and the "fair and just" reasons set forth in the parties' joint motion—the Court orders that the previous guilty plea and accompanying plea agreement entered on October 15, 2021 be withdrawn so that the parties may enter into a Veterans Diversion Program plea agreement before Magistrate Judge Andrew G. Schopler.

IT IS SO ORDERED.

Dated: March 9, 2022

Hon. Janis L. Sammartino
United States District Judge